[Cite as *Colyer v. Ohio Dept. of Transp.*, 2009-Ohio-7189.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ASHLEY COLYER

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2009-07784-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1}  On September 24, 2009, plaintiff, Ashley Colyer, filed a complaint against defendant, Department of Transportation.  On September 25, 2009, this court issued a notice requiring plaintiff to submit the filing fee or a poverty affidavit.  On September 25, 2009, this court also issued Return of Complaint Form/Direction to Complete Form notice requiring the applicant to sign the form complaint.  On October 1, 2009, plaintiff sent a letter indicating she would like to dismiss her claim.  Plaintiff's letter is considered a motion for voluntary dismissal and is GRANTED.  Plaintiff's case is DISMISSED without prejudice.  The court shall absorb the court costs of this case.

                                         _____
                                         DANIEL R. BORCHERT
                                         Deputy Clerk

Entry cc:

Ashley S. Colyer                           Ohio Department of Transportation
16593 Craigmere Drive                      5500 Transportation Blvd.
Middleburg Hts., Ohio 44130                Garfield Hts., Ohio 44125

DRB/laa
Filed 12/16/09
Sent to S.C. reporter 4/7/10